286 So.2d 890

**In re Clifton Wayne BARNETT**

v.

**STATE.**

**Ex parte Clifton Wayne Barnett.**

**SC 6I3.**

Supreme Court of Alabama.

Dec. 6, 1973.

Charles Tarter, Birmingham, for petitioner.

No brief for the State.

HARWOOD, Justice.

Petition of Clifton Wayne Barnett for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Barnett v. State, 51 Ala.App. ——, 286 So.2d 876.

Writ denied.

HEFLIN, C. J., and MERRILL, MADDOX and FAULKNER, JJ., concur.

285 So.2d 506

**In re Paul Warren BATES**

v.

**STATE.**

**Ex parte Paul Warren Bates.**

**SC 579.**

Supreme Court of Alabama.

Nov. 15, 1973.

Charles C. King, Huntsville, for petitioner.

William J. Baxley, Atty. Gen., and Kent Brunson, Asst. Atty. Gen., for the State.

BLOODWORTH, Justice.

Petition of Paul Warren Bates for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Bates v. State, 51 Ala.App. 338, 285 So.2d 501.

Writ denied.

HEFLIN, C. J., and COLEMAN, McCALL and JONES, JJ., concur.

285 So.2d 138

**In re William BOYD**

v.

**STATE.**

**Ex parte William Boyd.**

**SC 55I.**

Supreme Court of Alabama.

Nov. 1, 1973.

Rowan S. Bone, Gadsden, for petitioner.

No brief for the State.

COLEMAN, Justice.

Petition of William Boyd for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Boyd v. State, 51 Ala.App. 324, 285 So.2d 134.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, McCALL and JONES, JJ., concur.